**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Belal Hatamleh

                Plaintiff,

v.                                                                                    Case No.: 1:26–cv–00788
                                                                                      Honorable Andrea R. Wood

Kristi Noem, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 28, 2026:

       MINUTE entry before the Honorable Andrea R. Wood: Plaintiff's motion to voluntarily dismiss complaint [20] is granted. This case is dismissed without prejudice. Telephonic initial status hearing set for 5/28/2026 is stricken. Civil case terminated. Plaintiff's motion to voluntarily dismiss complaint [20] is granted. This case is dismissed without prejudice. Telephonic initial status hearing set for 5/28/2026 is stricken. Civil case terminated. Mailed notice. (vjd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.